# INITIAL CONFERENCE QUESTIONNAIRE

CASE NAME: Rashawn Bell v. City of N.Y., et. al.     DOCKET NO.: 14-CV-4940

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __March 6, 2015__

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
plaintiff(s) __0__ and defendant(s) __0__

3. Maximum number of requests for admission by: plaintiff(s) __5__ and defendant(s) 5

4. Number of depositions by plaintiff(s) of: parties __4__ non-parties __0__

5. Number of depositions by defendant(s) of: parties __1__ non-parties __1-2__

6. Time limits for depositions: __7 hours__

7. Date for completion of factual discovery: __July 3, 2015__

8. Number of expert witnesses of plaintiff(s): __N/A__ medical ____ non-medical

    Date for expert report(s): ____

9. Number of expert witnesses of defendant(s): __0__ medical __0__ non-medical

    Date for expert report(s): ____

10. Date for completion of expert discovery: __n/a__

11. Time for amendment of the pleadings by plaintiff(s) __4/3/15__
or by defendant(s) __n/a__

12. Number of proposed additional parties to be joined by plaintiff(s) __3__ and by defendant(s) __0__ and time for completion of joinder: __4/3/15__

13. Types of contemplated dispositive motions: plaintiff(s): ____
    defendant(s): __SJ__

14. Dates for filing contemplated dispositive motions: plaintiff(s): ____
    defendant(s): __August 17, 2015__

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

16. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___  No _X_

17. This case should be ordered to arbitration at the close of discovery ___no___ (yes/no)

18. This case should be ordered to mediation (now or at a later date) __no__ (yes/no)
    (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)

---

* The fillable consent form AO 85 may be found at https://www.nyed.uscourts.gov/forms/all-forms/general_forms and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.